UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 05-7228 |
| LANCE A. OLIVER, | ) |
| Defendant. | ) |

### MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL

Now come Karl W. Bryning and the Office of the Federal Public Defender for the Central District of Illinois and move this Court for the entry of an Order granting them leave to withdraw as the counsel of record for the Defendant in the above-entitled cause on the ground that the undersigned counsel have a conflict of interest in representing the Defendant based upon counsels' representation of another party in another case. Counsel requests an in camera hearing, outside the presence of the Government, to provide further information in support of this motion.

RICHARD H. PARSONS
Chief Federal Public Defender

BY: _____

KARL W. BRYNING
Assistant Federal Defender
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309)671-7891

**CERTIFICATE OF SERVICE**

_____The undersigned attorney hereby certifies that a copy of the foregoing instrument was electronically sent to the following person on August 18, 2005:

>Mr. Colin S. Bruce
>Assistant United States Attorney
>201 S. Vine St.
>Urbana, IL 61801

_____
KARL W. BRYNING