# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-M-7228 |
| ) | |
| LANCE A. OLIVER, ) | |
| ) | |
| Defendant. ) | |

## RESPONSE TO MOTION TO WITHDRAW

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Colin S. Bruce, Assistant United States Attorney, and in response to defense counsel's motion to withdraw states that it has no objection and accepts counsel's representation, as an officer of the court, that he has a conflict of interest.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/ COLIN S. BRUCE
COLIN S. BRUCE, Bar No. IL 6200946
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
colin.bruce@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Karl W. Bryning
    Assistant Federal Defender
    401 Main Street
    Suite 1500
    Peoria, IL 61602

    s/ COLIN S. BRUCE
    COLIN S. BRUCE, Bar No. IL 6200946
    Assistant United States Attorney
    United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    217/373-5875
    FAX: 217-373-5891
    colin.bruce@usdoj.gov