E-FILED
Friday, 26 August, 2005  04:31:31 PM
Clerk, U.S. District Court, ILCD

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2005 AUG 18 P 4:56
US MARSHALS SERVICE
CENTRAL ILLINOIS

UNITED STATES OF AMERICA

V.

LANCE A. OLIVER

**WARRANT FOR ARREST**

CASE NUMBER: 05-M - 7228

FILED
AUG 26 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Lance A. Oliver_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly possessing 50 or more grams of cocaine base ("crack"), a Schedule II Controlled Substance, with the intent to distribute it,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and (b)(1)(B)__

David G. Bernthal
Name of Issuing Officer

s/ David G. Bernthal
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

08-16-2005    Urbana, Illinois
Date and Location

Bail fixed at $ __None__    by __David G. Bernthal__
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Kankakee, IL__

| DATE RECEIVED 8/16/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ~~ARRESTING~~ OFFICER |
|---|---|---|
| DATE OF ARREST 8/16/05 | Johnston KAMEG Agent | JCarroll |

This form was electronically produced by Elite Federal Forms, Inc.