E-FILED
Friday, 09 September, 2005 10:38:38 AM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR05-200 43 |
| Plaintiff, ) | |
| ) | |
| v. ) | IN VIOLATION OF: |
| ) | Title 18, United States Code, Sections |
| LANCE A. OLIVER, ) | 922(g) and 924(c) and Title 21, United |
| ) | States Code, Sections 841(a)(1) and |
| Defendant. ) | (b)(1)(A) |
| ) | |

### INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT ONE

On or about August 7, 2005, in Kankakee County, in the Central District of Illinois,

**LANCE A. OLIVER,**

defendant herein, knowingly and intentionally possessed at least 50 grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute it.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

#### COUNT TWO

On or about August 7, 2005, in Kankakee County, in the Central District of Illinois,

**LANCE A. OLIVER,**

defendant herein, having previously been convicted of a felony offense under the laws of the State of Illinois, knowingly possessed a firearm, namely, a Taurus, 9mm semi-automatic pistol, model PT92AF, with the serial number removed, and a Tanfoglio, .40 caliber semi-

automatic pistol, Witness model, serial number AE14233, both firearms having previously traveled in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

On or about August 7, 2005, in Kankakee County, in the Central District of Illinois,

**LANCE A. OLIVER,**

defendant herein, knowingly possessed a firearm in furtherance of a federal drug trafficking crime, namely, a Taurus, 9mm semi-automatic pistol, model PT92AF, with the serial number removed, and a Tanfoglio, .40 caliber semi-automatic pistol, Witness model, serial number AE14233, and the drug trafficking crime being the possession of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute it, as charged in Count One of the indictment,

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.

s/Foreperson
FOREPERSON

s/Gregory Harris for
/JAN PAUL MILLER
United States Attorney

CSB

2