E-FILED
Monday, 19 September, 2005  09:09:09 AM
Clerk, U.S. District Court, ILCD

# United States District Court
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA** )
    Plaintiff )
)
) CASE NO. **05-20043-001**
)
**LANCE A. OLIVER** )
    Defendant )

## SCHEDULING ORDER IN CRIMINAL CASE

    This matter is set for pretrial conference and disposition of all matters pending prior to trial at **10:30 A.M.** on **NOVEMBER 1, 2005,** before the Honorable Michael P. McCuskey.

    IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **NOVEMBER 14, 2005,** before the Honorable Michael P. McCuskey.

    **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

    ENTER this 19th day of September, 2005.


    \_\_\_s/David G. Bernthal_____
    DAVID G. BERNTHAL
    U.S. MAGISTRATE JUDGE