UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CR05-20043 |
| LANCE A. OLIVER, ) | |
| Defendant. ) | |

## NOTICE OF PRIOR CONVICTION

Now comes the United States by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Colin S. Bruce, and hereby provides Notice of Prior Conviction pursuant to Title 21, United States Code, Section 851 as follows:

1. March 13, 1997, Manufacture/ Delivery of a Controlled Substance, Cook County, Illinois, Case No. 97-CR-1677 (originally 96115314201).

2. March 13, 1997, Manufacture/ Delivery of a Controlled Substance, Cook County, Illinois, Cook Co. Case No. 97-CR-2441 (originally 96115299801).

Such convictions qualifying the defendant for enhanced sentencing pursuant to Title 21, United States Code, Section 841(b)(1).

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

s/ COLIN S. BRUCE
COLIN S. BRUCE, Bar No. IL 6200946
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
colin.bruce@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> David C. Thomas
> Attorney at Law
> 53 West Jackson, Suite 1362
> Chicago, IL 60604

s/ COLIN S. BRUCE
COLIN S. BRUCE, Bar No. IL 6200946
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
colin.bruce@usdoj.gov
