## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05 CR 20043 |
| v. ) | |
| ) | |
| LANCE A. OLIVER, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO SUPRESS EVIDENCE

Now comes Defendant **LANCE OLIVER**, by his attorney **DAVID C. THOMAS**, pursuant to the Fourth Amendment to the United States Constitution and F.R.Crim.P.12(b)(3), and moves for the entry of an Order suppressing any and all evidence seized by law enforcement agents from apartment 305 at 204 N. Crestlane Drive, Kankakee, Ill. on August 11, 2005, as well as all evidence recovered from the person and/or vehicle of Lance Oliver on said date, for the reason set forth below:

 1. On August 8, 2005, Patrolman Zachary Johnston of the Kankakee Police Department, assigned to the Kankakee Metropolitan Enforcement Group, filed a Complaint for a Search Warrant, a copy of which Complaint is attached hereto as Exhibit A. Said Complaint never mentions Lance Oliver and does not establish probable cause to search or seize Mr. Oliver. The Search Warrant itself, a copy of which is attached as Exhibit B, authorized only a search of the premises at apartment 305, 204 N. Crestlane Drive, Kankakee. It does not authorize the seizure or a search of Mr. Oliver.

1

2. Exhibit A also fails to establish probable cause to search the apartment. No facts are set forth to demonstrate the reliability of the unnamed informant, and the magistrate was not informed of any specifics regarding the "consideration" the informant received with regard to his pending criminal charges.

3. On August 11, 2005, at about 6:25 p.m., Johnston and other agents were en route to execute the warrant when they saw Oliver in his vehicle. They immediately seized Oliver and his vehicle, which was illegal because there was no arrest warrant and no probable cause.

4. After Oliver had been illegally seized, some of the agents retained Oliver in custody while others continued to 204 N. Crestlane, apt. 305. Once there, agents forced the door open and allegedly found contraband in the apartment.

5. Agents also seized from Oliver approximately $1600 U.S.C., alleged cocaine, and a cellular telephone.

>Respectfully submitted,
>**s/ David C. Thomas**
>Attorney for Lance A. Oliver

Law Offices of David Thomas
53 W. Jackson Blvd., Suite 1362
Chicago, IL  60604
Telephone: (312) 957-0100
Fax: (312) 957-0111
E-mail: dthomas@kentlaw.edu

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

*United States of America*
   Plaintiff(s)

             **CERTIFICATE OF SERVICE**

  v.
            Case No.: *05 CR 20043*

*Lance Oliver*
   Defendant(s)

I hereby certify that on October 19, 2005, I caused the following document:

  Defendant's Motion to Suppress Evidence

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

  *Colin S. Bruce*

Dated: October 19, 2005        **s/ David C. Thomas**
                David C. Thomas
                53 W. Jackson Blvd., Ste. 1362
                Chicago, IL 60604
                (312) 957-0100
                ATTORNEY FOR DEFENDANT