IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL
CIRCUIT IN THE STATE OF ILLINOIS AND COUNTY OF KANKAKEE

## Complaint for Search Warrant

Zachary O. Johnston, Affiant now appears before the undersigned Judge of the Circuit Court of Kankakee County and requests the issuance of a search warrant to search the **three-story, brown brick with white siding and white trim, multi-family dwelling (apartment complex) that is marked and commonly known as 204 North Crestlane Drive, specifically the third floor apartment that is marked and commonly known as #305**, in the City of Kankakee, County of Kankakee and State of Illinois, and seize therefrom the following articles which constitutes evidence of the offense(s) of; **Possession of Controlled Substance with Intent to Deliver, in violation of Chapter 720, Section 570/401** of the Illinois Compiled Statutes, to-wit: Cocaine, United States Currency, Firearms and all records relating to narcotics transactions, financial records, including but not limited to; Computer data medium, State and Federal tax returns, bank records of checking and savings books, certificates of deposit, bank safety deposit box keys and items commonly used in the preparation for sale, packaging, possession preparation for use, use or sale of narcotics, proof of residency to include; bills, rent receipts., U.S. Mail, Drivers License and identification cards.

Affiant on oath says that he has probable cause to believe, based on the following facts, that the above listed articles are now located in the above location(s) to be searched.

In that the Affiant is Zachary O. Johnston, Patrolman on the Kankakee City Police Department and has been so employed since March 29th, 1999. Affiant has attended the Police Training Institute in Champaign, Illinois (480 hours) and is a Certified Police Officer in the State of Illinois. Affiant is presently assigned to the Kankakee Metropolitan Enforcement Group and had the following police training: Basic Narcotic Investigation Course (40 hours) in Buffalo Grove, Illinois, and Police Tactical Firearms. Affiant has been involved in investigations that have led up to search warrants and has been involved in executing over one hundred (100) search warrants.

DEFENDANT'S EXHIBIT A

1. Within the past ten days of today's date, AUGUST 8th, 2005, Affiant supervised a controlled purchase of cocaine in which the Affiant ensured a thorough search of an individual, whose identity the Affiant has pledged not to disclose (hereafter CI), CI had no contraband on CI's person.

2. Affiant was present when CI was issued United States Currency that had been photocopied and recorded and observed CI go to the front of the **three-story, brown brick with white siding and white trim, multi-family dwelling (apartment complex) that is marked and commonly known as 204 North Crestlane Drive,** in the City of Kankakee, County of Kankakee and State of Illinois (hereafter residence). The CI walked to the apartment complex and and met with a (black male) who was standing in front of the complex. The CI and the black male then entered the apartment complex through the front door. Affiant observed the CI and the black male go up the stairs once inside the building. The CI remained inside of the building for approximately three minutes. The CI left the apartment building and met Affiant at a pre-determined location. The CI was under constant surveillance except for the time the CI was inside the apartment building, the CI did not have contact with anyone nor pick up any objects.

[handwritten margin note: "not front door"]

3. CI returned to Affiant and had cocaine but no United States Currency. CI handed Affiant an off-white, rock like substance, believed to be cocaine. CI stated that the CI purchased the cocaine from a (black male) inside of apartment #305. The CI advised that after meeting with the black male in front of the building, the CI asked him for crack cocaine. The black male then brought the CI inside of the building marked 204. The CI followed the black male up the stairs to the apartment that was marked #305. The black male allowed the CI inside the apartment and then went to the back of the apartment and returned with cocaine. The black male gave the CI the suspected cocaine and the CI gave the black male that United States Currency that was previously provided. ~~The black male~~ informed the CI that there was more cocaine in the residence that could be sold in the future for United States Currency.

[handwritten margin note: "Only 1 M/B →"]

4. That the material recovered from CI was later field tested and a positive reaction for Cocaine was received.

5. That this CI is an informant with the Kankakee Metropolitan Enforcement Group. This CI is working in consideration for charges that are pending with the Kankakee City Police Department.

6. That from Affiant's experience, education and training as a narcotic officer and from discussions I have had with other law enforcement personnel, I know that persons engaged in the delivery or sale of illicit drugs often possess, use, and carry firearms to protect themselves and their drug assets from rival drug dealers and police authorities. From these sources I also know that they often keep and store drugs, drug paraphernalia, including but not limited to scales, packaging and processing materials, records, books, receipts, lists of customers and drug sources, records of bank accounts, canceled checks, other documents and memoranda documenting purchases and/or deliveries of drugs, and valuables and assets which are often exchanged for drugs, including but not limited to, currency, jewelry, precious metals, stolen property, and financial instruments. From these sources I also know that persons engaged in the delivery or sale of illicit drugs often deal in cash and hide and launder the proceeds from sales and deliveries through bank deposits, purchase of financial instruments, and storage of currency in safety deposit boxes

7. That based on the information received during this investigation, Affiant believes there is more cocaine located in the residence.

Further Affiant sayeth not.

_____
Affiant

Subscribed and sworn to before me
this ___8th___ day of ___August___, 2005

_____
Judge of the Circuit Court of Kankakee County, Illinois.