IN THE CIRCUIT COURT OF THE TWENTY-FIRST JUDICIAL CIRCUIT IN THE STATE OF ILLINOIS AND COUNTY OF KANKAKEE

## ***SEARCH WARRANT***

To: All Peace Officers of the State of Illinois

On this day, Zachary O. Johnston, Affiant has subscribed and sworn to a complaint for a search warrant before me. Upon examination of the complaint and affiant, I find that it states facts sufficient to show probable cause and I therefore command that the **three-story, brown brick with white siding and white trim, multi-family dwelling (apartment complex) that is marked and commonly known as 204 North Crestlane Drive, specifically the third floor apartment that is marked and commonly known as #305**, in the City of Kankakee, County of Kankakee, and the State of Illinois, be searched and the following instruments, articles and things which have been used in the commission of or which constitute evidence of the offense(s); **Possession of Controlled Substance with Intent to Deliver, in violation of chapter 720, Section 570/401** of the Illinois Compiled Statutes.

Be seized therefrom, To-wit; Cocaine, Firearms, United States Currency and all records of whatever kind, relating to narcotics transactions, financial records, Federal and State tax returns, Bank safety deposit box keys, vehicle titles, drug paraphernalia, including but not limited to scales, packaging and processing materials, records, books, receipts, lists of customers and drug sources, records of bank accounts, canceled checks, other documents and memoranda documenting purchases and/or deliveries of drugs, and items commonly used in the preparation for sale, use and packaging of narcotics. Valuables and assets which are often exchanged for drugs, including but not limited to, currency, jewelry, precious metals, stolen property, and financial instruments. Proof of Residency to include; bills, U.S. Mail, Drivers License and other personal identification cards.

I further command that a return of anything so seized shall be made without unnecessary delay before me or before any court of competent jurisdiction.

_____
JUDGE

Date of Issuance: __8-8__ ,2005

Time of Issuance: __3:40__ ,O'clock __P__. M.

