### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )| |
| Plaintiff,        ) | |
| ) | No. 05 CR 20043 |
| v.                     ) | |
| ) | |
| LANCE A. OLIVER,              ) | |
| ) | |
| Defendant.         ) | |

**DEFENDANT'S MOTION FOR EVIDENTIARY HEARING
REGARDING NATURE OF ALLEGED COCAINE SEIZED**

Now comes Defendant **LANCE A. OLIVER**, by his attorney **DAVID C. THOMAS**, pursuant to *United States v. Edwards*, 397 F.3d 570 (7th Cir. 2005), and requests the entry of an Order scheduling an evidentiary hearing regarding the nature of the alleged cocaine seized in the case at bar, for the reasons set forth below:

   1.  Count One of the indictment charges that Defendant "possessed at least 50 grams of a mixture and substance containing cocaine base ('crack')…"

   2.  As *Edwards* puts it, "All crack is cocaine base but not all cocaine base is crack." 397 U.S. at 571.

   3.  The distinction is crucial for purposes of the enhanced penalties under 21 U.S.C.§841(b). *Edwards* holds that the mandatory minimum sentence of ten years under §841(b)(1)(A)(iii) applies to crack offenses only. *Id.* at 575.

   4.  The difference between "crack," a street name for a particular form of cocaine base, and other forms of cocaine base, such as powder cocaine, is a matter of chemical composition which can be determined at an evidentiary hearing. *Id.* at 573.

                Respectfully submitted,
                **s/ David C. Thomas**
                Attorney for Lance A. Oliver

Law Offices of David Thomas
53 W. Jackson Blvd., Suite 1362
Chicago, IL  60604
Telephone: (312) 957-0100
Fax: (312) 957-0111
E-mail: dthomas@kentlaw.edu

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

*United States of America*
   Plaintiff(s)

                **CERTIFICATE OF SERVICE**

  v.

                Case No.: *05 CR 20043*

*Lance A. Oliver*
   Defendant(s)

I hereby certify that on October 19, 2005, I caused the following document:

  Defendant's Motion for Evidentiary Hearing Regarding Nature of Alleged Cocaine Seized

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

  *Colin S. Bruce*


Dated: October 19, 2005        **s/ David C. Thomas**
                David C. Thomas
                53 W. Jackson Blvd., Ste. 1362
                Chicago, IL 60604
                (312) 957-0100
                ATTORNEY FOR DEFENDANT