E-FILED
Wednesday, 30 November, 2005  01:20:44 PM
Clerk, U.S. District Court, ILCD

ILLINOIS STATE POLICE
Division of Forensic Services
Joliet Forensic Science Laboratory
515 East Woodruff Road
Joliet, Illinois 60432-1260
(815) 740-3543 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

November 3, 2005
**LABORATORY REPORT**

Larry G. Trent
*Director*

S/A JOHNSTON
KANKAKEE AREA MEG (KAMEG)
PO BOX 320
BOURBONNAIS IL 60914

Laboratory Case #J05-006572
Agency Case #50203

OFFENSES: Violation of Controlled Substances Act/Felon in Possession of a Firearm
SUSPECT: Lance A. Oliver

The following evidence was submitted to the Joliet Forensic Science Laboratory by D. Regas on August 17, 2005:

| LAB/AGENCY | ITEM SUBMITTED | FINDINGS |
|---|---|---|
| 1/1 | 39.4 grams of off-white substance | Cocaine base |
| 2A/3 | 10.4 grams of off-white substance (3 items) | Cocaine base |
| 2B/3 | 11.8 grams of off-white substance (4 items) | Not analyzed |
| 3/12 | 3.1 grams of off-white substance | Cocaine base |

730 ILCS 5/5-9-1.4(b) states that a criminal laboratory analysis fee of $100 shall be imposed for persons adjudged guilty of an offense in violation of the Cannabis Control Act or the Illinois Controlled Substances Act.

The above results relate only to the items tested.

Respectfully submitted,

*James A. Coglianese*

James A. Coglianese
Forensic Scientist