# United States District Court

──────── DISTRICT OF ────────

US v. Lance Oliver

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 05-20043

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. McCuskey | Colin Bruce | David Thomas |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11-30-05 | LC | SJ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 11-30-05 | ✓ | ✓ | Complaint for search warrant | no obj |
| 2 | | 11-30-05 | ✓ | ✓ | Search warrant | no obj |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages