```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION


THE UNITED STATES OF AMERICA,     ) DOCKET NO. 02 CR 1047
                                  )
                     Plaintiff,   )
                                  )
     vs.                          )
                                  )
                                  ) Chicago, Illinois
CARL EDWARDS,                     ) December 4, 2003
                    Defendant.    ) 3:00 o'clock p.m.


        TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE
                   MILTON I. SHADUR, Judge

APPEARANCES:

For the Plaintiff:    MR. JOSEPH ALESIA and
                      MS. TERRA BROWN

For the Defendant:    MR. NISHAY E. SANAN



                         JESSE ANDREWS
         Official Court Reporter - U. S. District Court
                    219 S. Dearborn Street
                     Chicago, Illinois  60604
                        (312) 435-6899

               *     *     *     *     *     *
```

DEFENDANT'S EXHIBIT A

Desmond-Falk    (312) 466-9452    p.3

118

1  THE CLERK: 02 C 1047, United States of America vs.
2  Carl Edwards.
3  THE COURT: Are we ready to proceed with the defense
4  case?
5  MR. SANAN: Yes, your Honor.
6  MS. BROWN: All right. You may call your witness.
7  MR. SANAN: Judge, we call Dr. Michael Evans.
8  MICHAEL EVANS DEFENDANTS' WITNESS, DULY SWORN:
9  (Witness sworn)
10  DIRECT EXAMINATION:
11  THE COURT: You maybe proceed.
12 BY MR. SANAN:
13 Q.   Good afternoon Doctor. Could you state your name and
14 spell your last name for the court reporter?
15 A.   Michael A. Evans, E-v-a-n-s.
16 Q.   And sir, what's your educational background?
17 A.   I have a Bachelor's Degree, double major for Biology,
18 Chemistry, and minors in Philosophy from St. Joseph College,
19 Rensselaer, Indiana, 1967. Received my PH.d in Toxicology from
20 Indiana University School of Medicine in 1974. And spent two
21 years as a Post-Doctoral Fellow at the National Institute of
22 Health at the National Center of Toxicology located at
23 Vanderbilt University School of Medicine.
24 Q.   Your Honor, may I approach?
25  THE COURT: You may.

- Direct

as what we call a freebase
the salt attached to it.
the opportunity to hear the government's
is freebase the same thing as crack cocaine?

What's the difference?

A. You use -- freebase is in crack cocaine but crack cocaine by it's very definition and it comes in the fact that it's got -- has bicarb in it, sodium bicarb or bicarbonate of some type. Some when you burn it in the freebase, the difference between freebase in terms of the pharmacology toxicology between freebase and the salt, you can't smoke the salt. It's not volatile, it isn't volatilized. The freebase you can smoke. When you make crack you use bicarbonate along with the salt in water, boil the water. So you wind up the freebase cocaine with the bicarb. When you burn that it crackles because of the bicarbonate. But you can make freebase with that bicarb. You can make -- you can have freebase and it's not crack, Richard Pryor being a good example.

Q. And what kind of substance beside a bicarbonate would go into making freebase?

A. Water, cocaine salt and bicarb. I am sorry. Or baking soda.

Q. That would be used to make crack?

A. That would be used to make crack?

EVANS - direct

1 Q.   Now are there other bicarbonates that can be used to make
2 crack besides sodium bicarbonate?
3 A.   Certainly. I have used other bicarbonates. They are not
4 readily available. I had access to those chemicals. On the
5 street you don't buy potassium bicarbonate, for example.
6 Q.   So the most commonly used is baking powder?
7 A.   Baking soda.
8 Q.   Baking soda. I apologize. Because that's a readily
9 available bicarbonate?
10 A.   Right.
11 Q.   Can you may crack cocaine without putting a bicarbonate
12 in it?
13 A.   Not that I am aware of, no.
14 Q.   Have you tried to do that in your experiences with making
15 cocaine and crack and cocaine base?
16 A.   I have tried various ways to make the base, to make the
17 crack, crack cocaine from the base or from the salt. We always
18 wound up using the bicarb because it was the best method. It
19 gave the best results in terms of synthesis. You don't want a
20 procedure that has destroyed 99 percent of your cocaine in the
21 process of making crack cocaine.
22 Q.   Okay. We have talked about coca paste and freebase. Are
23 there other forms of cocaine base that are not crack?
24 A.   There is mention that cocaine base in the paste is not
25 crack. I mentioned cocaine base just as base. That's what

140

EVANS - direct

1 bicarbonate within this chemical composition?
2 A.    No.   I saw no analysis performed for any type of bicarb.
3 Q.    So based on your review of the government's expert's
4 reports, is it your conclusion that there was no bicarbonate
5 within that sample?
6 A.    It's my conclusion they have no evidence of bicarb.
7 Q.    And bicarb is necessary to create crack?
8 A.    That's how you create crack.
9 Q.    And Doctor, in your opinion and based on a reasonable
10 degree of certainty Specimen No. HSN 649824, is it cocaine base
11 or is it crack?
12 A.    Cocaine base.
13 Q.    Does it rise to the level of crack?
14 A.    No.
15 Q.    Now let's talk about specimen.
16         THE COURT:    Before we get to that --
17         THE WITNESS:    Sure.
18         THE COURT:    -- you heard Dr. DeFrancesco's testimony
19 that said that you would expect to fine some evidence of a
20 bicarbonate or similar substance used to make crack if quantity
21 that had been used to create the mixture were somehow in excess
22 of what would be needed to work it's magic on the cocaine
23 portion?  You heard that?
24 A.
25         THE WITNESS:    I heard what he said, yes.