UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  05-20043 |
| LANCE A. OLIVER | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW TRANSCRIPT OF SUPPRESSION HEARING**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Colin S. Bruce, Assistant United States Attorney, respectfully submits its motion to withdraw the transcript of the suppression hearing in this case.  In support, the United States submits the following:

1.    The defendant, Lance Oliver was charged in a three-count indictment with possession of 50 or more grams of cocaine base ("crack") with the intent to distribute, in violation of 21 U.S.C. § 841(a) and (b)(1)(B), possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g), and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). (R.9)

2.    On October 19, 2005, the defendant filed a Motion to Suppress. (R.13).  The United States responded and the motion was heard during a suppression hearing on November 11, 2005. (R.15;docket entry 11/11/05).  At the conclusion of the hearing, defense counsel moved for the preparation of a transcript and the opportunity for the

filing of written arguments. This motion was granted; the defendant was directed to file his written argument by January 30, 2006 and the United States was directed to file its argument by February 20, 2006. (docket entry 11/11/05)

3.   To prepare the United States's argument and to properly respond to the defendant's claims, it is necessary that the United States review the transcript of the suppression hearing in this case.

4.   Accordingly, the United States respectfully requests that it be allowed to withdraw a portion of the record, specifically the transcript of the November 11, 2005 suppression hearing. The United States will promptly return the record to the United States District Court Clerk's Office in Urbana, Illinois, upon completion of its written argument.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

BY:   s/ Colin S. Bruce
    COLIN S. BRUCE, Bar No. IL 6200946
    Assistant United States Attorney
    United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    217/373-5875
    FAX: 217-373-5891
    colin.bruce@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. David C. Thomas
>Attorney at Law
>53 West Jackson Blvd.
>Suite 1362
>Chicago, IL 60604

>s/Colin S. Bruce
>COLIN S. BRUCE, Bar No. IL 6200946
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>colin.bruce@usdoj.gov