E-FILED
Wednesday, 25 January, 2006  10:26:44 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

January 25, 2006

**UNITED STATES OF AMERICA**

v.                                              CASE NO. **05-20043**

**LANCE A. OLIVER**

### RECEIPT

    RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois the Transcript of Motion to Suppress Hearing held on 11/30/2005, docket #19.

Date:  1/25/06                                     s/S. Holmes for Colin S. Bruce
                                                                                                  Attorney for Plaintiff