**E-FILED**
Tuesday, 14 March, 2006  03:40:25 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 05-CR-20043 |
| | ) | |
| LANCE OLIVER | ) | |
| | ) | |
| Defendant. | ) | |

STATUS OF CASE

Now comes the United States of America by its attorneys, Rodger A. Heaton, United States Attorney, Central District of Illinois, and Colin S. Bruce, Assistant United States Attorney, and hereby provides the following Status of the Case:

1.      The defendant, Lance Oliver was charged in a three-count indictment with possession of 50 or more grams of cocaine base ("crack") with the intent to distribute, in violation of 21 U.S.C. §841(a) and (b)(1)(B), possession of a firearm by a felon, in violation of 18 U.S.C. §922(g), and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §924(c).

2.      On October 19, 2005, the defendant filed a *Motion to Suppress* the evidence underlying the charges in the indictment.  On November 4, 2005, the United States responded to the defendant's motion.

3.      On November 30, 2005, an evidentiary hearing was held on the

defendant's motion.  Following the hearing, written arguments were submitted to the

Court.  On March 2, 2006, the defendant's *Motion to Suppress* was denied.

4.      On October 19, 2005, the defendant also filed a *Motion For Evidentiary*

*Hearing Regarding Nature of Cocaine*. In his motion, the defendant, relying upon *United*

*States v. Edwards*, 397 F.3d 570 (7th Cir. 2005), sought to conduct a pre-trial evidentiary

hearing wherein the Court would make a finding as to the United States's cocaine base

evidence prior to its introduction at trial. On January 25, 2005, the Court denied this

motion after due consideration.

5.      The United States is unaware of any pending motions in this case.

6.      Based upon comments made by defense counsel before the Court, the

motions filed by the defendant and attempts to reach a negotiated resolution of the case,

the United States believes the only outstanding issue *may* be the nature of the substance

seized from the defendant's apartment; specifically, is the substance "crack" cocaine or

some other form of cocaine base.

7.      Should the defendant desire to proceed to trial on this issue, the United

States is agreeable to a bench trial pursuant to Fed.R.Crim.P. 23(a).  The United States

believes proceeding in such manner will provide the Court and the parties with

flexibility in scheduling the appearance and testimony of expert witnesses on this issue,

perhaps allowing multiple settings as the Court's calendar allows. (This presumes the

defendant will stipulate to the other elements of the charged offenses).

8.    Alternatively, the United States is agreeable to the defendant entering a

negotiated written guilty pleas reserving the right to appeal the denial of his motion to

suppress.

9.    The United States will also be prepared to proceed to trial should the

defendant so elect.


Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    s/ Colin S. Bruce_____
COLIN S. BRUCE, Bar No. IL 6200946
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
colin.bruce@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2006, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:

> Mr. David C. Thomas
> Attorney at Law
> 53 West Jackson Blvd.
> Suite 1362
> Chicago, IL 60604

> s/Colin S. Bruce
> COLIN S. BRUCE, Bar No. IL 6200946
> Assistant United States Attorney
> United States Attorney
> 201 S. Vine St., Suite 226
> Urbana, IL 61802
> 217/373-5875
> FAX: 217-373-5891
> colin.bruce@usdoj.gov