

CHAMBERS OF
MICHAEL P. MCCUSKEY
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE 217-373-5837
FACSIMILE 217-373-5855

April 5, 2006

The Honorable Joel M. Flaum, Chief Judge
United States Court of Appeal
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re:   US v. Lance Oliver
      Case No. 05-CR-20043

Dear Judge Flaum:

In this case, Defendant, Lance Oliver, has been charged by indictment with the offenses of: (1) knowingly and intentionally possessing at least 50 grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with the intent to distribute it, in violation of 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A); (2) possession of a firearm after having been previously convicted of a crime punishable for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1); and (3) possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). The Government has provided notice that Defendant was previously convicted of two drug offenses which qualify Defendant for enhanced sentencing pursuant to 21 U.S.C. § 841(b)(1).

The parties in this case have agreed to have the case proceed to a bench trial, with the only contested issue being whether the substance possessed by Defendant was crack cocaine or a different form of cocaine base. Defendant's counsel has stated that Defendant wants to call Dr. Michael Evans as an expert witness on this issue. Dr. Evans has a doctorate in toxicology and has testified in a number of federal criminal cases on the subject of identification of crack cocaine. Defendant was previously found to be indigent, and his counsel has represented that Defendant is without funds to pay Dr. Evans' fees for this testimony. Defense counsel has contacted Dr. Evans and was informed that his hourly witness fee and transportation expenses would total $2,500 to $3,000 to testify in this case. Defense counsel has therefore requested funds to obtain Dr. Evans as an expert witness pursuant to 18 U.S.C. § 3006A(e).

      This case involves serious charges and the potential of very severe penalties. This court agrees with Defendant's counsel that payment to Dr. Evans' of $2,500 to $3,000 to testify in this case is necessary to provide fair compensation for services of an unusual character. I therefore request your approval for the requested expenses which are in excess of the maximum amount authorized by statute of $1,600 under 18 U.S.C. § 3006A(e)(3).

      Sincerely,

**s/ Michael P. McCuskey**
Chief U.S. District Judge

cc:    David C. Thomas, Esq.
        Colin S. Bruce, Esq.