**E-FILED**
Monday, 26 June, 2006  11:17:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 05-CR-20043 |
| | ) | |
| LANCE OLIVER | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR AID AND DIRECTION
<u>AS TO THE STATUS OF CASE</u>

Now comes the United States of America by its attorneys, Rodger A. Heaton, United States Attorney, Central District of Illinois, and Colin S. Bruce, Assistant United States Attorney, and hereby moves for Aid and Direction as to the Status of the Case, specifically the availability of the defense expert witness, Dr. Evans, and states as follows:

1.  On April 21, 2006, a status conference was held in this case.  During this status conference, the Court and the parties discussed this matter proceeding to a bench trial upon a sole issue: whether the cocaine base possessed by the defendant was in the form of "crack" or in some other form.

2.  To that end, on April 19, 2006, the United States drafted and provided the defendant with a proposed jury trial waiver and stipulations as to the elements of all three counts of the indictment.

-1-

3.  During the hearing, the Court and parties also discussed the Court's April 10, 2006, letter sent to Judge Flaum concerning the retention of Dr. Evans as a defense witness to be paid for by the Court.  The Court had not received a response from Judge Flaum by the status hearing.

4. During the status conference, this matter was set for a bench trial on September 5, 2006.

5. The United States stands ready to subpoena its witnesses, all of whom have indicated their availability for trial the week of September 5, 2006, if the defense expert witness, Dr. Evans, is available (including receiving compensation from the Court) and this matter will proceed as the Court and parties discussed.  The expert witnesses for the United States will be the following:

> -Heather Miller, DEA laboratory, Chicago, Illinois
>
> -Richard Paulus, Illinois State Police Forensic Laboratory, Chicago, Illinois
>
> -Detective Edward Root, Decatur Police Department, Decatur, Illinois
>
> - Troy Fuller, United States Bureau of Prisons

6.  The United States believes an additional status hearing on this matter may be advisable.

WHEREFORE, the United States respectfully requests aid and direction from the

Court as to the status of the case, specifically the availability of the defense expert

witness, Dr. Evans.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    s/ Colin S. Bruce_____
COLIN S. BRUCE, Bar No. IL 6200946
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
colin.bruce@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

> Mr. David C. Thomas
> Attorney at Law
> 53 West Jackson Blvd.
> Suite 1362
> Chicago, IL 60604

> s/Colin S. Bruce
> COLIN S. BRUCE, Bar No. IL 6200946
> Assistant United States Attorney
> United States Attorney
> 201 S. Vine St., Suite 226
> Urbana, IL 61802
> 217/373-5875
> FAX: 217-373-5891
> colin.bruce@usdoj.gov