

CHAMBERS OF
**MICHAEL P. MCCUSKEY**
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF ILLINOIS
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE 217-373-5837
FACSIMILE 217-373-5855

June 28, 2006

Colin S. Bruce, Esq.
Office of U.S. Attorney
201 S. Vine Street
Urbana, IL 61802

David C. Thomas, Esq.
Law Offices of David C. Thomas
53 W. Jackson, Suite 1362
Chicago, IL 60604

Re:   United States of America v. Lance Oliver
      Case No. 05-40043

Dear Counsel:

This letter is in response to the Government's Motion for Aid and Direction As to the Status of Case (#30) filed on June 26, 2006.

On June 27, 2006, I talked to Collins Fitzpatrick, Seventh Circuit Executive, regarding my earlier letter to Chief Judge Flaum of April 5, 2006. Chief Judge Flaum advises that he needs two additional items before the request for payment to Dr. Evans can be approved.

1.   The hourly rate for the expert; and

2.   A sum certain that his fees will not exceed that amount.

As soon as I receive that information, the request can be processed and approved. This matter is set for a bench trial on September 5, 2006. That is a firm date, and I can assure both of you that the Court will not reschedule the bench trial. In order to resolve the matter regarding the expert fees, I need a response as soon as possible.

Sincerely,

s/ Michael P. McCuskey
Michael P. McCuskey
Chief U.S. District Judge

MPM:mb