

CHAMBERS OF
**MICHAEL P. MCCUSKEY**
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE  217-373-5837
FACSIMILE  217-373-5855

July 10, 2006

Chief Judge Joel M. Flaum
Seventh Circuit Court of Appeals
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

    Re:   <u>United States of America v. Lance Oliver</u>
          U.S. District Court Case No. 05-CR-20043

Dear Chief Judge Flaum:

    As a followup to my letter of April 5, 2006, and my telephone conversation with Collins Fitzpatrick, defense attorney David C. Thomas has advised that the hourly rate for the expert would be $300 per hour, not to exceed $3,000.

    If this amount is appropriate, I would request approval for the expert fees at a rate of $300 per hour, not to exceed $3000.

                                        Sincerely,

                                        **s/ Michael P. McCuskey**
                                        Michael P. McCuskey
                                        Chief U.S. District Judge

MPM:mb

    cc:   Colin S. Bruce, Assistant U.S. Attorney
           David C. Thomas, Esq.