# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 05-CR-20043 |
| ) | |
| **LANCE A. OLIVER,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Because this court has not received a written waiver of jury trial signed by Defendant, Lance A. Oliver, this court has converted the bench trial scheduled on September 5, 2006, to a jury trial. A final pretrial conference is scheduled for August 9, 2006, at 11:00 a.m. This court now sets the following deadlines:

The witness list, exhibit list, proposed jury instructions and proposed voir dire questions are due on August 9, 2006, at the final pretrial conference. In addition, the deadline for filing any pretrial motions is August 9, 2006.

Objections to the witness list, exhibit list, proposed jury instructions and proposed voir dire questions submitted by the other party are due by August 23, 2006. In addition, responses to any pretrial motions are due August 23, 2006.

ENTERED this 18TH day of July, 2006

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE