UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CR05-20043 |
| LANCE A. OLIVER, | ) ) ) | |
| Defendant. | ) | |

## EXHIBIT LIST

1. Crack cocaine (group exhibit);

2a. Taurus 9 mm handgun;

2b. 9 mm ammunition;

3a. Tanfoglio 40 caliber handgun;

3b. 40 caliber ammunition;

4a - e. Documents and identification seized from Oliver's apartment (group exhibit);

5a - b. Electronic scales;

6. Apple jewelry bags;

7. United States currency;

8.	Nextel cellular phone;

9a - e.	Photographs (group exhibit);

10.	Diagram.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

    s/ COLIN S. BRUCE
    COLIN S. BRUCE, Bar No. IL 6200946
    Assistant United States Attorney
    United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    217/373-5875
    FAX: 217-373-5891
    colin.bruce@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. David Thomas
> Attorney at Law
> 53 West Jackson Blvd.
> Suite 1362
> Chicago, IL 60604

> s/ COLIN S. BRUCE
> COLIN S. BRUCE, Bar No. IL 6200946
> Assistant United States Attorney
> United States Attorney
> 201 S. Vine St., Suite 226
> Urbana, IL 61802
> 217/373-5875
> FAX: 217-373-5891
> colin.bruce@usdoj.gov