E-FILED
Tuesday, 08 August, 2006  04:54:18 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CR05-20043 |
| LANCE A. OLIVER, ) | |
| Defendant. ) | |

## STATEMENT OF THE CASE

Now comes the United States of America by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney, Colin S. Bruce, and hereby provides the statement of the case as follows:

The defendant is charged with the offenses (Count 1) Possession of 50 grams or more of cocaine base ("crack") with the intent to distribute, (Count 2) Possession of a Firearm by a Felon and (Count 3) Possession of a Firearm in Furtherance of a Drug Trafficking Crime, specifically the possession of cocaine base ("crack") with the intent to distribute charged in Count 1.

The defendant has pleaded not guilty to the charges.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ COLIN S. BRUCE
COLIN S. BRUCE, Bar No. IL 6200946
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
colin.bruce@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. David Thomas
> Attorney at Law
> 53 West Jackson Blvd.
> Suite 1362
> Chicago, IL 60604

s/ COLIN S. BRUCE
COLIN S. BRUCE, Bar No. IL 6200946
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
colin.bruce@usdoj.gov