IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 05 CR 20043 |
| v.  ) | Chief Judge |
| ) | Michael McCuskey |
| LANCE A. OLIVER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S TRIAL BRIEF**

"All crack is cocaine base but not all cocaine base is crack."
   United States v. Edwards, 397 F. 3d 570, 571 (7th Cir. 2005).

Cocaine is derived from the coca plant, which does not grow in the United States. Cocaine base is the naturally occurring form of cocaine found in the coca plant. United States v. Booker, 70 F. 3d 488, 490 fn. 8 (7th Cir. 1995) Cocaine in its naturally occurring form is a base with the chemical formula $C_{17}H_{21}NO_4$. "Because cocaine is a base, the phrase 'cocaine base,' in scientific terms, is redundant. To a scientist, 'cocaine' and 'cocaine base' are synonymous; they both refer to a substance with the formula $C_{17}H_{21}NO_4$." Id. at 490.

As Circuit Judge Rovner went on to explain in Booker:

> Cocaine, however, is rarely used in its naturally occurring form, at least in the United States. Before cocaine is imported into the United States, it is generally converted into cocaine hydrochloride, more commonly known as powder cocaine. This process involves two steps. First, coca leaves are converted into coca paste by mixing the leaves with an alkaline material (*e.g.* sodium bicarbonate), an organic solvent (*e.g.* kerosene), and water. Second, the coca paste is dissolved in hydrochloric acid and water. The hydrochloric acid (an acid) combines with the cocaine (a base) to produce a salt, cocaine hydrochloride. This salt, known as powder cocaine, is easily dissolved in water, and it may be ingested, insufflated (snorted), or injected. <u>It is not smokable, however, because cocaine hydrochloride decomposes at approximately the same temperature at which it vaporizes; thus smoking cocaine hydrochloride produces no physiological or psychotropic effects (*i.e.* the user will not experience a "high" because the cocaine has decomposed)</u>.…
>
> Cocaine hydrochloride may be converted into what is referred to as freebase cocaine or cocaine freebase. Essentially, "freebase" means that the base (cocaine) is "freed" from the hydrochloride and converted into the same chemical state it was in before it became a salt. Freebase can be manufactured in different ways. In the 1970s, freebase would generally be made by dissolving cocaine in ammonia and adding ether or another organic solvent. This process, however, is dangerous to both the producer and the user because ether is flammable. A safer process for manufacturing freebase cocaine involves <u>dissolving cocaine hydrochloride in baking soda and</u>

1

<u>water, boiling the mixture until only a solid substance is left and allowing it to dry. The result of this latter process is commonly known as crack.</u> Freebase cocaine has a lower melting point than cocaine hydrochloride, so it can be smoked without the active ingredient (cocaine) decomposing. Freebase cocaine, however, is not water soluble (does not dissolve in water), so it cannot be injected or snorted. All forms of freebase cocaine, including crack, have the same chemical formula as cocaine: $C_{17}H_{21}NO_4$.

<u>Id</u>. at 490-91. (emphasis added) [citations omitted]

<u>Booker</u> is not the only authority for the proposition that crack is prepared using a bicarbonate such as baking soda. In <u>United States</u> v. <u>Shaw</u>, 936 F. 2nd 412, 414 (9th Cir. 1991), a government chemist explained that crack cocaine is made "by combining cocaine hydrochloride with water and <u>sodium bicarbonate</u>, and that the <u>process neutralizes the hydrochloride</u> so that the $C_{17}H_{21}O_4$ N.HCL compound is reduced to the $C_{17}H_{21}NO_4$ compound." (emphasis added).

In its 2002 Special Report to Congress: Cocaine and Federal Sentencing Policy, the United States Sentencing Commission states, at 16, "Crack cocaine is made by dissolving powder cocaine in a solution of <u>sodium bicarbonate and water</u>". Later the Commission notes that "crack cocaine is not pure. To manufacture crack cocaine, powder cocaine, which itself contains cutting agents and is less than 100 percent pure, is dissolved in a solution of <u>sodium bicarbonate</u> and water and boiled." <u>Id.</u> at 105-06. (emphasis added).

Finally, the House Committee on the Judiciary has noted that "[c]rack is the street name for cocaine freebase, a preparation of cocaine hydrochloride and <u>sodium bicarbonate</u>…" H.R. Rep. No. 99-846, 99th Cong., 2nd Sess. 4 (1986). (emphasis added).

Since crack cocaine is distinguished by its method of manufacture, it is not possible simply to look at a substance and say it is or is not crack, unless one was present to see it made. Thus, in <u>United States</u> v. <u>Collins</u>, No. 04 Cr 709 (N. D. Il)[1], a government agent admitted "that crack cocaine can vary in color, and another testified that powder cocaine, like crack cocaine, can be chunky in texture." (Memorandum Opinion and Order dated October 11; 2005 at 6). In addition, Heather Miller, a DEA forensic chemist with a doctorate in analytical chemistry, "testified that she would not rely on visual inspection or smell to conclude that a particular substance was cocaine base." (<u>Id</u>.)

This is consistent with other authority. Wikipedia states that "[t]he color of 'crack' cocaine depends upon several factors including the origin of the cocaine used, the method of preparation- with ammonia or sodium bicarbonate, and the presence of impurities, but will generally range from a light brown to a pale brown. Its texture will also depend on the factors that affect color, but will range from a crumbly texture, which is usually the lighter variety, to a hard, almost crystalline nature, which is usually the darker variety." (Answers.com, "cocaine drug" (in law)).

---

[1] A copy of this Opinion was attached to Defendant's Response to Government's Motion to Reconsider (Defendant's Motion for Evidentiary Hearing Regarding Nature of Cocaine Seized).

It should be clear by now that Defendant is *not* arguing that crack can only be made by using sodium bicarbonate. Cf., United States v. Abdul, 122 F. 3d 477, 479 (7th Cir. 1997) (government not required to prove substance was produced using sodium bicarbonate in order to qualify as crack under Sentencing Guidelines ). But, as Judge Kennelly noted concerning Dr. Michael Evans' testimony in Collins, the "crux" is "that unless traces of a base that can be used to produce crack are found in the sample, the sample is not crack." (Memorandum Opinion and Order at 9).

In part this is so because crack cocaine dealers do not have degrees in chemistry and are not preparing crack in DEA labs. Thus, Defendant has no quarrel with the experiments conducted in this case by John Casale in which no trace of the base was present at the conclusion of the process. However, as Dr. Evans established to the satisfaction of District Judge Kennelly in Collins, and Senior District Judge Shadur in United States v. Edwards, 294 F. Supp. 954, 958 (N. D. Il 2003), in the real world there will be traces of the base remaining because crack is not made by chemists in labs. And that base will generally be sodium bicarbonate (baking soda) because of its ready availability, as well as its lowered stench and toxicity.

Finally, it is important to emphasize what Senior Judge Shadur wrote concerning Dr. Evans' testimony and his credibility:

(1) "Dr. Evans' testimony [ ] conformed in all respects to the demands of Daubert and Kumho Tire[and] demonstrated persuasively that the substances involved were *not* crack." (emphasis in original); and

(2) "Dr. Evans is far removed from any pejorative label of 'hired gun': the professional witness for criminal defendants who may tailor his or her testimony to whatever is requested. To the contrary, among other things that confirm Dr. Evans' impeccable credibility, some 90% of his work in testifying and in providing professional opinions is in being called as a witness or retained by the prosecution rather than by the defense." (emphasis added).

294 F. Supp. 2d at 958. (emphasis added).

## CONCLUSION

The government has not proven beyond a reasonable doubt that Government's Exhibit 1 is crack cocaine. At best it has shown that it contains cocaine base (Casale and Paulus ), and that it looks somewhat like other substances that Fuller and Root have seen in the past which was crack or which they thought was crack.

For the reasons set forth above, this falls far short of the government's burden of proof beyond a reasonable doubt. All forms of cocaine contain cocaine base, and crack cannot be identified by color or texture because both vary depending upon many factors.

Therefore, on Count I the Court should find Defendant Lance Oliver guilty of possession of cocaine with intent to distribute and sentence him accordingly.

                                    Respectfully Submitted

                                    _____
                                    Attorney for Lance Oliver

David C. Thomas
53 West Jackson Boulevard.
Suite 1362
Chicago, Illinois 60604
(312) 957-0100