E-FILED
Friday, 01 September, 2006   03:35:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR05-20043 |
| | ) | |
| LANCE A. OLIVER, | ) | |
| | ) | |
| Defendant. | ) | |

### REVISED EXHIBIT LIST[1]

1a-c.   Crack cocaine (group exhibit);

2.   Laboratory report

3a.   Taurus 9 mm handgun;

3b.   9 mm ammunition;

4a.   Tanfoglio 40 caliber handgun;

4b.   40 caliber ammunition;

5a - b.   Electronic scales;

6.   Apple jewelry bags;

7.   Resume of DEA forensic chemist John Casale

8.   Resume of Decatur Detective Edward Root

9.   Resume of Illinois State Police forensic chemist Richard Paulus

10.   Resume of Dr. Michael Evans

---

[1] This Revised Exhibit List reflects the exhibits the government may seek to introduce based upon the stipulations and terms of the *Waiver of Jury Trial and Stipulations for Bench Trial*. This exhibit list was drafted in consultation with defense counsel.

11.   National Institute of Drug Abuse (NIDA) "Infofacts: Crack and Cocaine"

12.   Cooperation Agreement of Troy Fuller

13.   Plea Agreement of Troy Fuller

14.   Resume of Illinois State Police M/Sgt. Robert Bodemer

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

        s/ COLIN S. BRUCE
        COLIN S. BRUCE, Bar No. IL 6200946
        Assistant United States Attorney
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        217/373-5875
        FAX: 217-373-5891
        colin.bruce@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. David Thomas
>Attorney at Law
>53 West Jackson Blvd.
>Suite 1362
>Chicago, IL 60604

>s/ COLIN S. BRUCE
>COLIN S. BRUCE, Bar No. IL 6200946
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>colin.bruce@usdoj.gov