AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

USA

v.

Lance Oliver

**FILED**
SEP 0 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## EXHIBIT AND WITNESS LIST

Case Number: 05-20043

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael McCuskey | Colin Bruce | David Thomas |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9-5-06 | LC | SJ |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | 9-5-06 | ✓ | ✓ | Crack cocaine — w/drawn by Gov't & substituted w/ photo |
| 1B | | 9-5-06 | ✓ | ✓ | Crack cocaine — w/drawn by Gov't & substituted w/ photo |
| 1C | | 9-5-06 | ✓ | ✓ | Crack cocaine — w/drawn by Gov't & substituted w/ photo |
| 2 | | 9-5-06 | ✓ | ✓ | Laboratory report |
| 3A | | 9-5-06 | ✓ | ✓ | Taurus 9 mm handgun — w/drawn by Gov't & substituted w/ photo |
| 3B | | 9-5-06 | ✓ | ✓ | 9 mm ammunition — w/drawn by Gov't & substituted w/ photo |
| 4A | | 9-5-06 | ✓ | ✓ | Tanfoglio 40 caliber handgun — w/drawn by Gov't & substituted w/ photo |
| 4B | | 9-5-06 | ✓ | ✓ | 40 caliber ammunition — w/drawn by Gov't & substituted w/ photo |
| 5A | | 9-5-06 | ✓ | ✓ | Electronic scale |
| 5B | | 9-5-06 | ✓ | ✓ | Electronic scale — w/drawn by Gov't & substituted w/ photo |
| 6 | | 9-5-06 | ✓ | ✓ | Apple jewelry bags |
| 7 | | 9-5-06 | ✓ | ✓ | Resume of John Casale |
| 8 | | 9-5-06 | ✓ | ✓ | Resume of Edward Root |
| Joint 10 | | 9-5-06 | ✓ | ✓ | Resume of Dr. Michael Evans |
| 11 | | 9-5-06 | ✓ | ✓ | Nat'l Institute of Drug Abuse "Infofax" Crack + cocaine |
| 12 | | 9-5-06 | ✓ | ✓ | Cooperation agreement of Troy Fuller |
| 13 | | 9-5-06 | ✓ | ✓ | Plea agreement of Troy Fuller |
| 15 | | 9-6-06 | ✓ | ✓ | Diagram — obj OR |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages