# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CR05-20043 |
| LANCE A. OLIVER, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW TRANSCRIPTS

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Colin S. Bruce, Assistant United States Attorney, hereby moves to withdraw the transcripts of the bench trial in this cause. A review of these transcripts is necessary for the United States to prepare an appropriate initial closing argument as ordered by the Court.

WHEREFORE, for the foregoing reasons, the United States moves to withdraw the transcripts of the bench trial in this cause.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/ Colin S. Bruce
      COLIN S. BRUCE, Bar No. IL 6200946
      Assistant United States Attorney
      United States Attorney
      201 S. Vine St., Suite 226
      Urbana, IL 61802
      217/373-5875
      FAX: 217/ 373-5891
      colin.bruce@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. David Thomas
>Attorney at Law
>53 West Jackson Blvd.
>Suite 1362
>Chicago, IL 60604

>s/ COLIN S. BRUCE
>COLIN S. BRUCE, Bar No. IL 6200946
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>colin.bruce@usdoj.gov