E-FILED
Tuesday, 07 November, 2006  04:36:09 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

November 7, 2006

**UNITED STATES OF AMERICA**

v.                                                              CASE NO. **05-20043**

**LANCE A. OLIVER**

### RECEIPT

    RECEIVED from John M. Waters, Clerk, U.S. District Court for the Central District of Illinois the original transcript of Testimony from the Bench Trial (#48).


Date:   11/7/2006                                                                                      s/Sondra J. Holmes for Colin Bruce
                                                                                              Attorney for Plaintiff