E-FILED
Monday, 27 November, 2006  02:55:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 05-CR-20043 |
| ) | |
| LANCE OLIVER ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR EXTENSION IF TIME

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Colin S. Bruce, Assistant United States Attorney, and hereby moves for a brief extension of time in which to file its proposed Findings of Fact and Conclusions of Law and in support of this motion, states the following:

1. The government's proposed Findings of Fact and Conclusions of Law was due Friday, November 24, 2006.

2. While editing and amending this pleading on November 24, 2006, the undersigned developed a medical condition and was unable to complete and file it. This medical condition persisted and resulted in visit to the Carle Hospital emergency room on Sunday, November 26, 2006.

3. The undersigned believes the United States' proposed Findings of Fact and Conclusions of Law can be completed by Monday, December 5, 2006.

-1-

WHEREFORE, for the foregoing reasons, the United States moves for a seven-day extension within which to file which to file its proposed Findings of Fact and Conclusions of Law.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

BY:    s/ Colin S. Bruce_____
        COLIN S. BRUCE, Bar No. IL 6200946
        Assistant United States Attorney
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        217/373-5875
        FAX: 217-373-5891
        colin.bruce@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Mr. David C. Thomas
      Attorney at Law
      53 West Jackson Blvd.
      Suite 1362
      Chicago, IL 60604

      s/Colin S. Bruce
      COLIN S. BRUCE, Bar No. IL 6200946
      Assistant United States Attorney
      United States Attorney
      201 S. Vine St., Suite 226
      Urbana, IL 61802
      217/373-5875
      FAX: 217-373-5891
      colin.bruce@usdoj.gov