

**AIT Laboratories**
AMERICAN INSTITUTE OF TOXICOLOGY

E-FILED
Monday, 11 December, 2006   01:19:58 PM
Clerk, U.S. District Court, ILCD

RECEIVED
DEC 0 7 2006
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

12/01/06

Re:   Crack Cocaine Cases

To all this may concern:

Over these past two years I have provided laboratory & consulting services in a number of Federal cases involving Crack Cocaine. Unfortunately I can no longer continue to provide services in these cases. The reasons for this are several-fold to include:

1. In this last year I have had to bad debt a significant dollar amount (>$25,000) in a number of these cases. This dollar figure is more than 10 fold the amount of bad debt the corporation has posted over the previous 10 years of operation. The explanation for the failure of payment generally involves a dollar limit granted to the defense in the case or, in some cases, just a plain refusal by the attorney to pay for the services. Unfortunately this loss of dollars does represent a significant and unacceptable loss of revenue to both AIT Laboratories and the employees of the corporation.

2. While I could continue providing laboratory services in these cases, I can no longer provide consulting services (i.e., court testimony) often required in these cases due to the growth of the corporation, AIT Laboratories now employs over 100 FTE & as President & CEO I have, as my primary responsibility, the care & continued employment of these employees.

3. Over the past 6 months it has become evident to me that the issues I am addressing in these cases is no longer a scientific issue but one of legal definition. I am a scientist & I value my time. In the past few cases my time has been of no value to the defendant, the courts, or my corporation or me.

I trust you understand my reasons for this action. Thank you

Sincerely,

Michael A. Evans, Ph.D.
*President & Chief Executive Officer*

2265 Executive Drive, Suite A   •   Indianapolis, Indiana 46241
Telephone: (317) 243-3894   •   Fax: (317) 243-2789   •   Website: www.aitlabs.com