**E-FILED**
Tuesday, 17 April, 2007  04:27:29 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05 CR 20043 |
| v. | ) | Chief Judge |
| | ) | Michael McCuskey |
| LANCE A. OLIVER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO RESET SENTENCING HEARING

Now comes Defendant Lance Oliver, by his attorney David C. Thomas, and moves to reset the sentencing hearing now scheduled for May 10, 2007, for the reasons set forth below:

1. As a result of his convictions, Mr. Oliver faces a life sentence in this matter.

2. Attempts are presently being made at cooperation and additional time is needed for them to bear fruit.

3. AUSA Colin Bruce does not oppose this request.

Respectfully Submitted,

_____
Attorney for Lance Oliver

Law Offices of David Thomas
53 W. Jackson Blvd., Suite 1362
Chicago, IL  60604
Telephone: (312) 957-0100
Fax: (312) 957-0111
E-mail: dthomas@kentlaw.edu