UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: 05 CR 20043 |
| Plaintiff, | ) | |
| v. | ) | Chief U.S. District Judge |
| | ) | Michael P. McCuskey |
| LANCE A. OLIVER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO RESET TELEPHONIC STATUS CONFERENCE

Now comes Defendant, LANCE OLIVER, by his attorney DAVID C. THOMAS, and moves for the entry of an Order resetting the telephonic status conference, presently scheduled for September 17, 2007, at 12:00 p.m., to September 24, 2007, at 1:30 p.m., for the reasons set forth below:

1. Counsel will be unavailable on September 17, 2007;

2. The new date of September 24, 2007, will still allow sufficient time to ascertain the status of this case before the sentencing hearing scheduled for October 10, 2007.

Respectfully submitted,

s/ David C. Thomas_____
Attorney for LANCE A. OLIVER

David C. Thomas
Attorney for Defendant
53 W. Jackson Blvd., Suite #1362
Chicago, Illinois  60604
(312) 957-0100