LAW OFFICES
# DAVID C. THOMAS
651 WEST WASHINGTON
SUITE 205
CHICAGO, ILLINOIS 60661
TELEPHONE (312) 917-8888
FACSIMILE (312) 781-9401

Chief Judge
Michael P. McCuskey
201 S. Vine St.
Urbana, Il. 61802

Re: United States v. Oliver,
2:05-CR-20043

Dear Chief Judge Mc Cuskey:

Enclosed please find the following letters which are being submitted on behalf of Mr. Oliver regarding his sentencing on December 20, 2007:

1. Ms. Angela Houston;
2. Ms. Diana Veal; and
3. Mr. Oliver's children  (typed and handwritten).

Yours Very Truly,

*David C. Thomas*

Attorney for Lance Oliver

Cc:  AUSA Colin Bruce (w/enclosures)

To Whom It May Concern:

Hi, my name is Angela Houston and my occupation is Respiratory Therapist. I'm writing you a character letter in regards to Mr. Lance Oliver. I have visited Mr. Oliver over the past two years every week. Our conversations are always spiritual and motivating. Mr. Oliver talks about ministry and how he wants to help others from getting caught up in the system of the world around them. Mr. Oliver wants to teach them to stay focus and do all things in a positive matter. I have seen the change in Mr. Oliver in the last two years which has had a positive effect on the other inmates because of the changes in his life; they come and ask him questions to help them with their problems. Mr. Oliver is now ready to stand and be a father to his children so his children know that whatever you do in life you must always be honest. I hope that this character letter will give you an insight on Mr. Oliver's life change. Thank you so much for taking the time out to hear me.

Best Regards

*Angela Houston*

STATE OF ILLINOIS
COUNTY OF KANKAKEE

Subscribed and sworn to before me
this 11 day of Dec 20 09
*Mariann Lane* Notary Public
Commission Expires 6/6/11

"OFFICIAL SEAL"
MARIANN LANE
Notary Public, State of Illinois
My Commission Expires June 06, 2011
Commission No. 45440

**Evangelist Diana Veal**

1005 S. Lincoln Avenue
Kankakee, Illinois 60901
Phone: 815-929-3864

**To Whom IT May Concern:**

    It has come to my attention and I understand that Mr. Lance Oliver, need a Character Letter. I Evangelist Veal would like to take the time and inform you regarding this young man and his miraculous change since his time allotted for correction. As an Evangelist for the *Bold Gospel Alive Center*, I have talked and given Counsel to Mr. Oliver on numerous occasion and on various matters.

    Our conversations have included talks about his correctional time and his aspirations for his future. Mr. Oliver, has informed me that he seeks to assist and help other's such as himself and would like to become more active within the immediate Community.

    He has earned the confidence of all the inmates, who now refer to Mr. Oliver as. *Mr. Oliver, the Counselor*, because he cares and offer to the other young men such encouragement.

    Mr. Oliver, has changed and no longer sees those past environment, which were the cause of his problems. However, since his time allocated, Mr. Oliver has greatly made improvement to acquaint himself, with others as to enhance his present standing.

    I would like to inform you that Mr. Oliver is making tremendous progress through the time allocated to him. Mr. Oliver, is presently employing his time toward helping others and to himself. It is hopeful that this letter of character, will enlightened your insight and have favor upon Mr. Oliver with his up coming Release.

Humbly Submitted By,

*[signature]*

Evangelist Diana Veal

Official Seal
Valerie P Robinson
Notary Public State of Illinois
My Commission Expires 08/02/2011

*[signature]*
Dec. 12, 2007 @ 11:30 am.

December 12, 2007

Dear Judge,

  My daddy lance Oliver is in jail. Me, Laquita, my brother and my brother Alfonzo is writing this letter together so you will know that we Love our daddy. Can you help him get out so we can be a big family again. lance our brother has special needs and he need him more. We all need him. Can you send our daddy home to us.

Thank You

Laquita
Lance
Alfonzo

Official Seal
Valerie P Robinson
Notary Public State of Illinois
My Commission Expires 08/02/2011

*Valerie P. Robinson*
Dec. 12, 2007

Dear Judge

My daddy Lance Oliver is in Jail. Me Laquita, My Brother Lance and My Brother Alfonzo is writing you this letter together so that You will know that We love our daddy. Can you help him get out so we can be a big family again. Lance our Brother has special needs and he need him more. We all need him. Can you send our daddy home to us.

Thank you

Laquita
Lance
Alfonzo

Official Seal
Valerie P Robinson
Notary Public State of Illinois
My Commission Expires 08/02/2011

*[signature]* Valerie P Robinson
Dec. 12, 2007 @ 11:30