E-FILED
Thursday, 27 December, 2007 10:48:05 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>vs.      )<br>)<br>)<br>)<br>LANCE OLIVER        ) | Case No. 05-20043-01<br>Chief Judge McCuskey |

NOTICE OF APPEAL

Defendant LANCE OLIVER hereby gives notice that he is appealing his convictions and sentences entered December 20, 2007, to the United States Court of Appeals for the Seventh Circuit.

    /S/ David C. Thomas

    Attorney for Lance Oliver

David C. Thomas
651 W. Washington Suite 205
Chicago, Il. 60661
312-917-8888
dthomas@kentlaw.edu