# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE:   January 24, 2008

TO:     Pamela E. Robinson
        United States District Court
        Central District of Illinois
        Suite 218
        201 S. Vine Street
        U.S. Courthouse
        Urbana, IL  61802-3369
        USA

**FILED**

JAN 28 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM:   Clerk of the Court

RE:     07-4068
        USA v. Oliver, Lance
        05 CR 20043, Michael P. McCuskey, Chief Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[X]     United States Marshal

[X]     United States Probation Office


Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for
the Seventh Circuit.

Date: _____1/28/2008_____        __s/V. Ball_____
(1202-052495)                            Deputy Clerk, U.S. District Court

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

CERTIFIED COPY

DISMISSAL PER FRAP 42(b)

Date: January 24, 2008

By the Court:

No. 07-4068

UNITED STATES OF AMERICA,
        Plaintiff - Appellee

v.

LANCE A. OLIVER,
        Defendant - Appellant

Appeal from the United States District Court for the
Central District of Illinois
No. 05 CR 20043, Michael P. McCuskey, Chief Judge

    Upon consideration of the **MOTION TO DISMISS** filed by the appellant on January 18, 2008,

    **IT IS ORDERED** that this cause is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f).

(1025-110293)

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.